**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WILLIAM SHELDON,

                Plaintiff,

-against-

DR. FRANK GALANT,

                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/19

18 CIVIL 6320 (NSR)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 6, 2019, Defendant's motion to dismiss pursuant to Rule 12(b)6 is GRANTED, without opposition, in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
        December 9, 2019

                                          **RUBY J. KRAJICK**
                                              Clerk of Court

                    **BY:**
                                              **Deputy Clerk**